**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL TODD | ) | |
|     Plaintiff | ) | Case No. 11-cv-06259 |
| | ) | Judge Robert W. Gettleman |
| v. | ) | |
| | ) | |
| KROLL FACTUAL DATA, INC., TRANS | ) | |
| UNION LLC, EXPERIAN INFORMATION | ) | |
| SOLUTIONS, INC., EQUIFAX, INC. | ) | |
|     Defendants | ) | |

## PLAINTIFF'S MOTION TO SUPPLEMENT COMPLAINT

COMES NOW the Plaintiff, Michael Todd, *pro se* and for Plaintiff's Motion to Supplement Complaint states as follows:

1. Plaintiff previously filed his Complaint in this action on September 8, 2011.

2. After September 8, 2011, additional events occurred that lead to additional claims against TRANS UNION.

3. Based on the additional events, Plaintiff requests leave of court to file a supplemental complaint.

WHEREFORE, Plaintiff requests this Court grant him leave to file an amended complaint on or before September 28, 2011.

Respectfully submitted: s/ Michael Todd
Michael Todd, Plaintiff
9134 Del Prado Dr. 2N
Palos Hills, IL 60465
708-576-8156
Mtodd75682@aol.com

CERTIFICATE OF SERVICE

I, Michael Todd, hereby certify that on October 13, 2011, I caused to be filed Plaintiff's Motion to Supplement Complaint via the CM/ECF System, which sent electronic notification to the following:

Karen Butler Reisinger
kreisinger@schuckitlaw.com

Robert J. Schuckit
rschuckit@schuckitlaw.com

Michael Joseph Sreenan
msreenan@sreenanpc.com

Thomas Hackney
thackney@jonesday.com

Jeremy S. Unruh
junruh@polsinelli.com

I, Michael Todd, further certify that a true and accurate copy of Plaintiff's Motion to Supplement Complaint was mailed on October 13, 2011via USPS, with postage pre-paid to the following:

Karen Butler Reisinger, Robery J. Schuckit
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077

Michael J. Sreenan
853 N. Elston Avenue
Chicago, IL 60622

Thomas Hackney
Jones Day
77 W. Wacker
Suite 3500
Chicago, IL 60601

Jeremy S. Unruh
Polsinelli Shughart PC
161 North Clark Street
Suite 4200
Chicago, IL 60601

/s/  Michael Todd
Michael Todd