**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MICHAEL TODD ) | |
|     Plaintiff ) | Case No. 11-cv-06259 |
| ) | Judge Robert W. Gettleman |
| v. ) | |
| ) | |
| KROLL FACTUAL DATA, INC., TRANS ) | |
| UNION LLC, EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC., EQUIFAX, INC. ) | |
|     Defendants ) | |

**NOTICE OF MOTION**

To:  (See attached service list.)

**PLEASE TAKE NOTICE** that on **Thursday, October 20, 2011**, at 9:15 a.m., Plaintiff will appear before the Honorable Judge Robert W. Gettleman in room 1703 of the United States District Court, for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois 60604, and present **PLAINTIFF'S MOTION TO SUPPLEMENT COMPLAINT,** a copy of which is hereby served upon.

/s/ Michael Todd
Michael Todd, Plaintiff
9134 Del Prado Dr., 2N
Palos Hills, IL 60465
708-576-8156
Mtodd75682@aol.com

CERTIFICATE OF SERVICE

I, Michael Todd, hereby certify that on October 13, 2011, I caused to be filed Plaintiff's Motion to Supplement Complaint via the CM/ECF System, which sent electronic notification to the following:

Karen Butler Reisinger
kreisinger@schuckitlaw.com

Robert J. Schuckit
rschuckit@schuckitlaw.com

Michael Joseph Sreenan
msreenan@sreenanpc.com

Thomas Hackney
thackney@jonesday.com

Jeremy S. Unruh
junruh@polsinelli.com

I, Michael Todd, further certify that a true and accurate copy of Plaintiff's Motion to Supplement Complaint was mailed on October 13, 2011via USPS, with postage pre-paid to the following:

Karen Butler Reisinger, Robery J. Schuckit
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077

Michael J. Sreenan
853 N. Elston Avenue
Chicago, IL 60622

Thomas Hackney
Jones Day
77 W. Wacker
Suite 3500
Chicago, IL 60601

Jeremy S. Unruh
Polsinelli Shughart PC
161 North Clark Street
Suite 4200
Chicago, IL 60601

/s/  Michael Todd
Michael Todd